# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| STEPHEN J. CLINE, | |
| Plaintiff, | Case No. 1:19-cv-00699-BYP |
| v. | Honorable Judge Benita Y. Pearson |
| INNOVATE LOAN SERVICING CORPORATION a/k/a INNOVATE AUTO FINANCE a/k/a INOVATE LOAN SERVICING CORP a/k/a INNOVATE LOAN SERVICING GROUP, | |
| Defendant. | |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES, STEPHEN J. CLINE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, INNOVATE LOAN SERVICING CORPORATION a/k/a INNOVATE AUTO FINANCE a/k/a INOVATE LOAN SERVICING CORP a/k/a INNOVATE LOAN SERVICING GROUP,  with  prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 28, 2019

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq.  #6302103
*Counsel for Plaintiff*

Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on June 28, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

<u>/s/ Nathan C. Volheim</u>
Nathan C. Volheim