Approved.
/s/ Benita Y. Pearson on 7/1/2019
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| STEPHEN J. CLINE, | |
| Plaintiff, | Case No. 1:19-cv-00699-BYP |
| v. | Honorable Judge Benita Y. Pearson |
| INNOVATE LOAN SERVICING CORPORATION a/k/a INNOVATE AUTO FINANCE a/k/a INOVATE LOAN SERVICING CORP a/k/a INNOVATE LOAN SERVICING GROUP, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, STEPHEN J. CLINE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, INNOVATE LOAN SERVICING CORPORATION a/k/a INNOVATE AUTO FINANCE a/k/a INOVATE LOAN SERVICING CORP a/k/a INNOVATE LOAN SERVICING GROUP, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 28, 2019

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*

>Sulaiman Law Group, Ltd.
>2500 S. Highland Avenue, Suite 200
>Lombard, IL 60148
>Phone (630) 575-8181 x113
>Fax: (630)575-8188
>nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 28, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

>*/s/ Nathan C. Volheim*
>Nathan C. Volheim